**FILED**

**JUDGMENT ENTERED**

(date) 6.25

by _Ueb_
Deputy Clerk

U.S. District Court
Eastern District of California

**FILE CLOSED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RHETT WILKINS,

    Plaintiff,

vs.

A. FERNANDEZ,

    Defendant.

**JUDGMENT IN A CIVIL ACTION**

CV-F-02-5187 DLB P

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF.

DATED: 6.2.05

JACK L. WAGNER, Clerk

By: _[signature]_
Deputy Clerk

jgm.civ
2/1/95