IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHETT WILKINS, | 1:02-CV-5187 DLB P |
| Plaintiff, | |
| vs. | |
| GAIL LEWIS, et al., | ORDER REGARDING PLAINTIFF |
| Defendants. | |

IT IS HEREBY ORDERED THAT the Plaintiff, Rhett Wilkins (CDC # P-28331), may be returned to his facility, because the trial has concluded.

IT IS SO ORDERED.

**Dated:   June 2, 2005**                              **/s/ Dennis L. Beck**
3b142a                                                    UNITED STATES MAGISTRATE JUDGE